**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                            )
NORTHWEST COALITION FOR                     )
ALTERNATIVES TO PESTICIDES,                 )
                                            )
        Plaintiff,                         )
                                            )
        v.                                 )   Civ. Action No. 99-0437 (EGS)
                                            )
ENVIRONMENTAL PROTECTION                    )
AGENCY,                                     )
                                            )
        Defendant.                         )
_____)

### ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated by the Court in its Opinion docketed this same day, it is this 16th day of March, 2005, hereby

**ORDERED** that the plaintiff's Motion for Entry of Final Judgment is **DENIED**; and it is further

**ORDERED** that the defendant's Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED and ADJUDGED** that the Clerk shall enter final judgment in favor of defendant and shall remove this case from the active calendar of the Court.

**Signed:   Emmet G. Sullivan**
**           United States District Judge**
**           March 16, 2005**

Notice via ECF to all counsel of record