**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NORTHWEST COALITION FOR ALTERNATIVES TO PESTICIDES, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. Action No. 99-0437 (EGS) |
| ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) | |
| Defendant. | ) ) | |

### ORDER

For the reasons discussed in the accompanying memorandum opinion, it is hereby

**ORDERED** that plaintiff's Motion for Attorney's Fees is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that no later than April 21, 2006, plaintiff shall submit an amended fee report consistent with the Court's memorandum opinion.

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**March 21, 2006**